AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
11/17/2025
Clerk, U.S. District Court
Western District of Texas

By: __FMorales__
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:25-M -06368(1) - MAT |
| | § |
| (1) SELVIN GEOVANY ZUNIGA-PEREZ | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 13, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title     **8**     United States Code, Section(s)     **1326(a)**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: "The DEFENDANT, Selvin Geovany ZUNIGA-Perez, an alien to the United States and a citizen of Guatemala was found approximately 2 miles East of Bridge of the Americas on Cesar Chavez Border Highway in El Paso, Texas in the Western District of

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me,

/s/ PARGA DAVIS, MARIA I.
Signature of Complainant
Border Patrol Agent

November 17, 2025                             at    EL PASO, Texas
Date                                                         City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN AT 2:00 P.M.**
**FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:25-M -06368(1)

WESTERN DISTRICT OF TEXAS

(1) SELVIN GEOVANY ZUNIGA-PEREZ

FACTS (CONTINUED)

Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Guatemala, without immigration documents allowing him to be or remain in the United States legally. The DEFENDANT has been previously removed from the United States to Guatemala on 10/03/2025 through El Paso, Texas. The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
The DEFENDANT has been removed once, the last one being to GUATEMALA on October 3, 2025, through EL PASO, TX

CRIMINAL HISTORY:
11/16/2019, Santa Fe, NM, Battery of Household Member(M), ACC, unknown/ Active warrant for failure to appear.